**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re J. D.

Appellate case number:    01-19-00304-CV

Trial court case number:  2017-05833J

Trial court:              315th District Court of Harris County

Relator has filed a petition for writ of mandamus challenging the constitutionality of TEX. FAM. CODE §§ 161.2011 and 263.401. Relator has also filed a motion for temporary relief, requesting a stay of all trial court proceedings.

The Court asks that the real party in interest, Department of Family and Protective Services (DFPS), file a response to the motion for temporary relief **by noon on Monday, April 29, 2019**.

The Court also requests that DFPS file a response to the petition for writ of mandamus **by Tuesday, May 7, 2019**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
                   ☐ Acting individually    ☐ Acting for the Court

Date: __April 26, 2019___